RECEIVED

MAY 0 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RAFAEL ALBERTO LLOVERA LINARES        DOCKET NO. 13-cv-3289; SEC. P
A 097-960-199

VERSUS                                JUDGE STAGG

SHERIFF'S OFFICE BROWARD COUNTY       MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's motion for injunctive relief in the form of a U-Visa certification by the undersigned is hereby **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 2nd day of May, 2014.

TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA